IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE OTIS HARRIS, <br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, *Director*, TDCJ-CID <br> Respondent, | ) <br> ) <br> ) <br> ) No. 3:18-cv-1508-S (BT) <br> ) <br> ) <br> ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of October, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE